**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| § | **CASE NUMBER 6:20-CR-00039-JDK** |
| **v.** § § § | |
| **ISRAEL AGUILAR-MACIAS (1).** § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMMENDATION ON GUILTY PLEA**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant Israel Aguilar-Macias's plea of guilty to Count One with a violation of Title 8 U.S.C. § 1326(a) and (b)(1) – Illegal Reentry Following Removal.

Having conducted a proceeding in the form and manner prescribed by Federal Rule of Criminal Procedure 11, the Magistrate Judge recommends that the Court accept Defendant's guilty plea.  The parties waived their right to file objections to the Findings of Fact and Recommendation.  The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed July 23, 2020, are hereby **ADOPTED**.

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court.  Further, the Plea Agreement is approved by the Court, conditioned upon a review of the presentence report.

So **ORDERED** and **SIGNED** this **27th**  day of  **July, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE